BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>BRUCE CEARLOCK,<br><br>    Defendant and Judgment Debtor,<br><br>BANK OF AMERICA dba MERRILL LYNCH WEALTH MANAGEMENT<br><br>    Garnishee. | Case No.: 2:15-MC-00028-TLN-KJN<br><br>**STIPULATION RE GARNISHMENT; AND ORDER THEREON**<br><br>[No Hearing Requested]<br><br>Criminal Case No. 2:11CR00182-TLN |

Plaintiff United States of America and defendant and judgment debtor Bruce Cearlock (collectively the "Parties"), through their authorized representatives, hereby stipulate to a final resolution of the United States' pending garnishment action against Mr. Cearlock as follows:

1.   On March 23, 2015, the United States sought, and the Clerk issued, a writ of garnishment against Mr. Cearlock's retirement plan administered by Bank of America dba Merrill Lynch Wealth Management ("Garnishee"). Misc. ECF Nos. 3 and 6, respectively. By its writ, the United States sought to enforce the restitution order issued by the Court in Mr. Cearlock's sentencing in Case 2:11-CR-00182-TLN on December 18, 2014 and incorporated in the Judgment filed January 9, 2015. Crim.

Stipulation re Garnishment and Order

1

ECF No. 99.  Per the judgment, Mr. Cearlock was ordered to pay $73,409.72 in restitution plus a $300 assessment and $2,000 fine.  *Id*.  The writ of garnishment seeks the payment of $83,050.69, representing the unpaid restitution, assessment and fine plus a ten percent surcharge on the restitution amount as authorized by 28 U.S.C. §3011(a).

3. On or about January 9, 2015, Mr. Cearlock appealed the judgment and sentence imposed in case number 2:11CR00182-TLN to the United States Court of Appeals for the Ninth Circuit, Docket No. 15-100-10 (the "Appeal").  The Appeal is still pending, though Mr. Cearlock intends to dismiss the Appeal.

4. The Garnishee served its Acknowledgement and Answer (the "Answer") to the United States' writ on March 23, 2015.  Misc. ECF No. 9.  The Answer states that, as of March 24, 2015, the Garnishee is holding $72,441.48 in funds Mr. Cearlock maintains in his savings and checking accounts: $59,733.09 in savings account number ending in numbers 5323; and $12,708.39 in checking account ending in numbers 2214.

5. The Parties agree to resolve this garnishment action in the amount of $80,000, and to effectuate this agreement, the Parties agree that the Court can and should enter an order:

   A.  Garnishing $59,000 from Mr. Cearlock's savings account ending in numbers 5323 and directing payment of this amount to the Clerk of the Court;

   B.  Garnishing $12,000 from Mr. Cearlock's checking account ending in numbers 2214 and directing payment of this amount to the Clerk of the Court;

   C.  Directing Mr. Cearlock to pay $4,709.92 to the Clerk of the Court via cashier's check or money order; and

   D.  Directing Mr. Cearlock to pay $4,290.28 to the United States Department of Justice via cashier's check or money order.

6. The Garnishee shall make the payments set forth in paragraph 5A and 5B, above, within 20 days following the filing of the order approving this stipulation.  Mr. Cearlock shall make his payments pursuant to paragraphs 5C and 5D, above, within 20 days following the filing of the order approving this stipulation.

7. Upon the payment and processing of the garnished amounts set forth above, the:

   A. Garnishee may release the balances of the savings and checking accounts to Mr. Cearlock; and

   B. Court should terminate this writ of garnishment pursuant to 28 U.S.C. § 3205(c)(10)(C) (satisfaction of the debt with respect to which the writ is issued).

               Respectfully submitted,

FOR THE UNITED STATES:     BENJAMIN B. WAGNER
                United States Attorney

Dated: May 7, 2015     By: */s/ Kurt A. Didier*
                KURT A. DIDIER
                Assistant United States Attorney

FOR BRUCE CEARLOCK:     LAW OFFICES OF PETRA M. REINECKE

Dated: May 7, 2015     By: */s/ Petra M. Reinecke*
                PETRA M. REINECKE
                Attorney for Defendant
                BRUCE CEARLOCK

# **O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Garnishment (the "Stipulation"), and good cause appearing therefrom, herby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. The United States' application for an order of garnishment in the amount of $71,000 is GRANTED;

2. Bank of America shall DELIVER, within twenty (20) days of the filing of this Order, a cashier's check, money order or company draft in the sum of $71,000 drawn from defendant Bruce Cearlock's bank accounts as follows: $59,000 from savings account ending in numbers 5323, and $12,000 from checking account ending in numbers 2214, and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Bank of America shall also state the docket number (Case No.: 2:11-CR-000182-TLN) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment;

3. Bruce Cearlock shall DELIVER, within 20 days of the filing of this Order, a cashier's check or money in the amount of $4,709.92 and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Mr. Cearlock shall also state the docket number (Case No.: 2:11-CR-000182-TLN) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed, stamped envelope with the payment;

4. Bruce Cearlock shall DELIVER, within 20 days of the filing of this Order, a cashier's check or money in the amount of $4,290.28 and made payable to the "US Department of Justice" at the United States Attorney's Office, 501 I Street, Suite 10-100, Sacramento, California 95814. Mr. Cearlock shall also state the docket number (Case No.: 2:11-CR-000182-TLN) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed, stamped envelope with the payment;

5. Upon its payment of the $71,000 to the Clerk of the Court, Bank of America shall RELEASE its hold on account Nos. 5323 and 2214; and

6. This is a final order of garnishment; upon payment and processing of the amounts as ordered above, this writ shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(C).

IT IS SO ORDERED.

Dated: May 12, 2015

_____
Troy L. Nunley
United States District Judge